IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY JOSEPH JETTE,<br><br>Defendant. | CR 21–21–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 37.) Having reviewed said motion and its brief in support (Doc. 38), the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a).

2. A Preliminary Order of Forfeiture was entered on December 30, 2021 (Doc. 35).

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1). (Doc. 36).

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253(a).

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

The Motion for Final Order of Forfeiture (Doc. 37) is GRANTED, and judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party:

- Black Samsung cell phone, model SM-S727VL, IMEI: 355890096660670.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 10th day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court